## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR369 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of James R. Kozel to withdraw as counsel for the defendant, Paul A. White [17]. Since retained counsel, Rebecca J. Smith, has entered an appearance for the defendant [18], the motion to withdraw [17] is granted. Mr. Kozel shall forthwith provide Ms. Smith with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Kozel which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 30th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge