IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR369** |
| vs. | ) | |
| | ) | **ORDER** |
| **PAUL A. WHITE, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's MOTION FOR CONTINUANCE OF TIME TO FILE PRETRIAL MOTIONS [21]. The deadline for filing pretrial motions expired on November 22, 2005, before present counsel entered an appearance. Defendant has filed a waiver of speedy trial. I find that the motion should be granted.

**IT IS ORDERED:**

1. Defendant's MOTION FOR CONTINUANCE OF TIME TO FILE PRETRIAL MOTIONS [21] is granted. Pretrial motions shall be filed on or before the close of business (4:30 p.m.) on **December 27, 2005.**

2. The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **December 13, 2005 and December 27, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. The January 3, 2006 trial date is expressly reaffirmed; however, trial may be rescheduled if any substantive pretrial motions are timely filed.

DATED December 13, 2005.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**