IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR369 |
| | ) | |
| PAUL WHITE, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on February 1, 2006 at 9:00 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress Search [23] filed by the defendant

    The case is hereby removed from the January 3, 2006 trial calendar. A final trial date will be set after the Motion to Suppress is resolved.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 28th day of December, 2005.

                            BY THE COURT:

                            s/ F.A. Gossett
                            United States Magistrate Judge