IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 8:05CR369 |
| PAUL WHITE, ) | **ORDER** |
| Defendant. ) | |

    Before the court is defendant's Motion to Withdraw [34]. The motion is denied without prejudice to defense counsel filing a motion stating in detail the reason for the request. Any renewed motion may be filed under seal.

    IT IS SO ORDERED.

    DATED this 10th day of February, 2006.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge