IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR369 |
| ) | |
| PAUL WHITE, ) | **AMENDED ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the Change of Plea hearing is continued to **April 28, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **April 24, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 24th day of April, 2006.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge