AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR369 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20454-047 |
| | ) | |
| PAUL WHITE | ) | BRUCE D. HUNTER |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 7/28/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment for Counts I and III (as reflected in the last judgment issued) of 100 months for each count, concurrent, is reduced to 92 months on each of Counts I and III, concurrent.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 23 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 92 to 115 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 28, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 13th day of June, 2008
Effective Date: Friday, June 27, 2008

                                                    s/ Laurie Smith Camp
                                                  United States District Judge